UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACK OWENS, JEFFREY DREES, KATELYN MURPHY, PATRICK MANOLIAN, SCOTT MANN, and SEAN HUSSEY, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF MALDEN,<br><br>   Defendant. | Civil Action No. 1:19-cv-11835-WGY |

## **DEFENDANT CITY OF MALDEN'S NOTICE OF APPEAL**

Notice is hereby given that the Defendant, City of Malden, appeals to the United States Court of Appeals for the First Circuit from this Court's Final Judgment in this matter, dated July 28, 2022 (Dkt. 283), and certain of this Court's interim post-trial findings that lead thereto, including Dkts. 246, 264, 267, and 271.

In furtherance of this appeal, on August 10, 2022, the City moved this Court to stay execution of the Final Judgment and relieve the City of the requirement to post a bond. Dkts. 284-85. Plaintiffs opposed that motion on August 23, 2022. Dkt. 286. That motion remains pending as of the date of this Notice.

DATED: August 26, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DEFENDANT CITY OF MALDEN

　　　　　　　　　　　　　　　　　　　By its attorneys:

　　　　　　　　　　　　　　　　　　　*/s/ Alison H. Silveira*
　　　　　　　　　　　　　　　　　　　Barry J. Miller (BBO # 661596)
　　　　　　　　　　　　　　　　　　　　bmiller@seyfarth.com
　　　　　　　　　　　　　　　　　　　Alison Silveira (BBO # 666814)
　　　　　　　　　　　　　　　　　　　　asilveira@seyfarth.com
　　　　　　　　　　　　　　　　　　　Timothy Buckley (BBO # 691200)
　　　　　　　　　　　　　　　　　　　　tbuckley@seyfarth.com
　　　　　　　　　　　　　　　　　　　Seyfarth Shaw LLP
　　　　　　　　　　　　　　　　　　　Seaport East
　　　　　　　　　　　　　　　　　　　Two Seaport Lane, Suite 300
　　　　　　　　　　　　　　　　　　　Boston, MA 02210-2028
　　　　　　　　　　　　　　　　　　　Telephone: (617) 946-4800
　　　　　　　　　　　　　　　　　　　Fax: (617) 946-4801

　　　　　　　　　　　　　　　　　　　John J. Clifford (BBO # 630796)
　　　　　　　　　　　　　　　　　　　　john@cliffordkennylaw.com
　　　　　　　　　　　　　　　　　　　David K. Kouroyen (BBO # 696559)
　　　　　　　　　　　　　　　　　　　　david@cliffordkennylaw.com
　　　　　　　　　　　　　　　　　　　Clifford & Kenny, LLP
　　　　　　　　　　　　　　　　　　　31 Schoosett St., Suite 405
　　　　　　　　　　　　　　　　　　　Pembroke, MA 02359
　　　　　　　　　　　　　　　　　　　Telephone: (781) 924-5796

## CERTIFICATE OF SERVICE

　　　I hereby certify that, on August 26, 2022 a true and correct copy of the foregoing document was filed electronically through the Court's ECF system, which will send notice of this filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ Alison H. Silveira*