UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JACK OWENS, JEFFREY DREES, KATELYN MURPHY, PATRICK MANOLIAN, SCOTT MANN, and SEAN HUSSEY, on behalf of themselves and all others similarly situated,

　　Plaintiffs,

v.

CITY OF MALDEN,

　　Defendant.

Civil Action No. 1:19-cv-11835-WGY

## FINAL JUDGMENT

In accordance with the Mandate issued by the United States Circuit Court of Appeals for the First Circuit dated January 18, 2024 (Dkt. 297), Judgment is hereby entered in favor of Defendant City of Malden on all claims asserted by Plaintiffs in this action, with costs taxed against Plaintiffs jointly and severally in the total amount of $94,112.00, per the Court's Order of February 20, 2024 (Dkt. 301).

　　　　　　　　　　　　　　　　　　SO ORDERED:



　　　　　　　　　　　　　　　　　　　/s/ William G. Young
　　　　　　　　　　　　　　　　　　William G. Young
　　　　　　　　　　　　　　　　　　District Judge

　　　　　　　　　　　　　　　　　　Date:　March 26, 2024

Respectfully Submitted,
DEFENDANT,
By its attorney,


*/s/ Timothy J. Buckley*
Barry J. Miller (BBO # 661596)
bmiller@seyfarth.com
Alison Silveira (BBO # 666814)
asilveira@seyfarth.com
Timothy Buckley (BBO # 691200)
tbuckley@seyfarth.com
Seyfarth Shaw LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone: (617) 946-4800
Fax: (617) 946-4801

John J. Clifford, Esq. (BBO# 630769)
john@cliffordkennylaw.com
David K. Kouroyen (BBO # 696559)
david@cliffordkennylaw.com
Clifford & Kenny, LLP
31 Schoosett Street, Unit 405
Pembroke, MA 02359
Telephone: (781) 924-5796

Dated: March 25, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on March 25, 2024, a true and correct copy of the foregoing document was submitted to Clerk Jennifer Gaudet by emailing it her at jennifer_gaudet@mad.uscourts.gov, copying Plaintiffs' counsel of record, Joseph Padolsky, at jpadolsky@lccplaw.com.

*/s/ Timothy J. Buckley*